UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
RUBENS PETION,

                Plaintiff,                       JUDGMENT
                                                                15-cv-5770 (BMC) (VMS)

      -against-

NASSAU COUNTY CORRECTIONAL
FACILITY, et al.

                Defendants.
---------------------------------------------------------- X

      A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on July 15, 2019, granting the defendants' motions to dismiss; dismissing the claims against Judge Murphy *sua sponte;* and directing the Clerk of Court to enter judgment in favor of defendants, dismissing the complaint; it is

      ORDERED and ADJUDGED that the defendants' motion to dismiss is granted; that the claims against Judge Murphy are dismissed *sua sponte;* that judgment is hereby entered in favor of defendants; and that the complaint is dismissed.

Dated: Brooklyn, NY                                                         Douglas C. Palmer
       July 16, 2019                                                          Clerk of Court

                                                                   By:     /s/*Jalitza Poveda*
                                                                             Deputy Clerk